UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY MACINTYRE and KEITH FITTS, Individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>CURRY COLLEGE,<br><br>   Defendant. | C.A. No. 1:25-10585-NMG |

**DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING
IN SUPPORT OF ITS MOTION TO DISMISS**

On July 4, 2025, Governor Maura Healey signed a bill into law that is specifically designed to terminate the predatory claims in this action and several other recent class action cases against non-profit institutions of higher education and health care systems based on monthly payments to salaried employees. That legislation, Section 113 of Chapter 9 of the Acts and Resolves of 2025 ("Section 113"), provides immunity to Defendant Curry College ("Defendant") from "any claim or cause of action . . . that alleges that the institution's . . . payment of wages on a monthly basis . . . violated section 148 of chapter 149 of the General Laws." Section 113 squarely covers Plaintiffs Emily MacIntyre and Keith Fitts' claims in this case. As such, pursuant to Local Rule 7.1(b)(3), Defendant respectfully moves this Court for leave to file a supplemental brief in support of its Motion to Dismiss (Dkt. 22) in which it seeks to dismiss Plaintiffs' Complaint in its entirety. A copy of Defendant's proposed supplemental brief is attached hereto as **Attachment A**.

WHEREFORE, Defendant respectfully requests that the Court grant it leave to file a supplemental brief in support of its Motion to Dismiss, in the form attached hereto as **Attachment A**.

Dated: September 4, 2025                          Respectfully Submitted,

                                                 CURRY COLLEGE

                                                 By its Attorneys,


                                                 /s/ Molly C. Mooney
                                                 Gregory A. Manousos (BBO #631455)
                                                 Catherine M. Scott (BBO #691867)
                                                 MORGAN, BROWN & JOY, LLP
                                                 28 State Street, 16th Floor
                                                 Boston, MA 02109
                                                 (617) 523-6666
                                                 (617) 367-3125 (Fax)
                                                 gmanousos@morganbrown.com
                                                 cscott@morganbrown.com

                                                 Robert A. Fisher (BBO # 643797)
                                                 Barry J. Miller (BBO# 661596)
                                                 Molly C. Mooney (BBO# 687812)
                                                 SEYFARTH SHAW LLP
                                                 Two Seaport Lane, Suite 1200
                                                 Boston, Massachusetts 02210
                                                 Telephone: (617) 946-4800
                                                 Facsimile: (617) 946-4801
                                                 rfisher@seyfarth.com
                                                 bmiller@seyfarth.com
                                                 mmooney@seyfarth.com


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify pursuant to Local Rule 7.1(a)(2) that on August 28, 2025, I conferred with counsel for Plaintiffs by telephone regarding the relief sought in this motion. Plaintiffs' counsel did not provide their position with respect to this motion on that call. Subsequently, I emailed counsel for Plaintiffs on both August 29, 2025 and September 2, 2025 requesting Plaintiffs' position on this motion. Plaintiffs' counsel did not reply to either of those emails.

                                                 /s/ Molly C. Mooney
                                                 Counsel for Defendant

319738448v.1

## CERTIFICATE OF SERVICE

I, Molly C. Mooney, certify that on September 4, 2025, I caused a true and accurate copy of the foregoing document to be filed and uploaded to the CM/ECF system.

/s/ Molly C. Mooney
Molly C. Mooney

319738448v.1