# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY MACINTYRE and KEITH FITTS, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>vs.<br><br>CURRY COLLEGE,<br><br>     Defendant. | Civil Action No.: 1:25-10585-NMG |

## DECLARATION OF JULIAN HAMMOND IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS

1.     I am the principal of HammondLaw, P.C., counsel of record for the named Plaintiffs in the above-referenced matter.

2.     A Fall 2024 appointment letter issued by Curry College is attached as **Exhibit 1.**

3.     Paychecks issued by Curry College pursuant to the Fall 2024 appointment letter, on October 1, 2024, November 1, 2024, December 1 2024, and January 1, 2025 are attached as **Exhibit 2**.

4.     A Spring 2023 appointment letter issued by Curry College is attached as **Exhibit 3**.

5.     Curry College's 2022- 2023 academic calendar is attached as **Exhibit 4.**

6.     Curry College's 2024-2025 academic calendar is attached as **Exhibit 5**.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 3, 2025.

Julian Hammond (*admitted pro hac vice*)

**EXHIBIT 1**



**OFFICE OF ACADEMIC AFFAIRS**
1071 Blue Hill Avenue
Milton, MA 02186-2395
curry.edu • 617-333-2233 • Fax: 617-979-3535

August 1, 2024



I am pleased to offer you a teaching assignment within Curry College's Traditional Programs. This appointment carries with it all of the rights and responsibilities as described in the 2021-2024 Agreement between Curry College and the AAUP and is subject to all provisions of the Agreement. Please note that collective bargaining between the College and the AAUP is ongoing. Once finalized, the rights and responsibilities of full-time faculty articulated in the updated agreement will apply. The College reserves the right to cancel courses prior to the start of the course. When classes must be canceled for any reason (insufficient enrollment, etc.), every effort will be made to discuss the decision to cancel with the Department or Division Chair and/or Coordinator, prior to the first class. Should the class be canceled after this notification, or after the class has already met, you will be paid a cancellation fee of five percent of the course salary.

| | |
|---|---|
| **Rank:** Lecturer | **Course:** ████████ |
| **Title:** ████████ | **Contact Hours:** 3 |
| **Total Amount:** $5972.1 | **Monthly Amount:** $1493.03 |
| **Distribution:** October - January | |

*If this course is delivered in a hybrid or fully online format, completion of the Faculty Readiness Process, including the building of the course in Canvas, is required for Faculty who teach Continuing Education courses. Without the proper preparation to teach in this format, this contract may be rescinded.*

Additionally, all employees must complete the online Workplace Harassment Prevention Training course within their first 30 days of employment and re-certify every 3 years after. The Office of Human Resources will be in touch about this requirement. Additionally, the 2024-2025 Academic Calendar and Meetings and Events schedule can be found on Faculty portal. Please note that your Curry College logon will be required to view these documents.

If you accept this appointment, please sign and return this letter to my office, by August 12, 2024. Your signed letter must be returned in order for our office to complete the faculty payroll. Additionally, please remember to submit your syllabi to Academic Affairs and the Levin Library by the first week of classes.

Sincerely,

*Robert E. Shea Jr.*

Robert J. Shea, Jr., PhD.
Provost and Vice President of Academic Affairs

**I accept the terms of the appointment** ██████████

Aug 1, 2024
_____
**Date**

**EXHIBIT 2**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| **MYV** | 000831 | 005371 | | 0000390214 | 1 |

# Earnings  Statement



*CURRY  COLLEGE*
*1071  BLUE  HILL  AVENUE*
*MILTON,  MA  02186*

| | |
|---|---|
| Period  Beginning: | 10/01/2024 |
| Period  Ending: | 10/31/2024 |
| Pay  Date: | 10/01/2024 |

Filing Status: Single/Married  filing  separately
Exemptions/Allowances:
    Federal:  Standard  Withholding  Table,$200  Extra
        Withholding

| Earnings | rate | hours | this period | year  to  date |
|----------|------|-------|-------------|----------------|
| Regular | 28.13 | 1,493.03 | 14,930.30 | |
| **Gross Pay** | | **$1,493.03** | 14,930.30 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal  Income  Tax | -218.68 | 1,929.65 |
| | Social  Security  Tax | -92.57 | 925.68 |
| | Medicare  Tax | -21.65 | 216.49 |
| | MA  State  Income  Tax | -46.13 | 534.62 |
| | **Other** | | |
| | Curry  Union | -7.47 | |
| | Ma  Fli  Pvt  Plan | -1.64 | 16.40 |
| | Ma  Mli  Pvt  Plan | -3.14 | 31.36 |
| | 403B  Voya | -89.58* | 895.80 |
| | **Net  Pay** | **$1,012.17** | |
| | Check2 | -1,012.17 | |
| | **Net  Check** | **$0.00** | |

| Other  Benefits  and Information | this  period | total  to  date |
|----------------------------------|--------------|-----------------|
| Ytd Curry  Union | | 74.70 |

### Additional  Tax  Withholding  Information

Taxable  Marital  Status:
  MA:        Single
Exemptions/Allowances:
  MA:        1

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$1,403.45

© 2000  ADP,  Inc.

CURRY  COLLEGE
1071  BLUE  HILL  AVENUE
MILTON,  MA  02186

| | |
|---|---|
| **Advice  number:** | **00000390214** |
| Pay  date: | 10/01/2024 |



Deposited  to  the  account  of                 account  number   transit  ABA             amount

$1,012.17

# NON-NEGOTIABLE




MYV   000831   005371      0000440234      1

# Earnings Statement

Period Beginning:   11/01/2024
Period Ending:      11/30/2024
Pay Date:           11/01/2024

MILTON, MA 02186

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table,$200  Extra
            Withholding



| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.13 | | 1,493.03 | 16,423.33 |
| **Gross Pay** | | | **$1,493.03** | 16,423.33 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd Curry Union | | 82.17 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -218.68 | 2,148.33 |
| | Social Security Tax | -92.57 | 1,018.25 |
| | Medicare Tax | -21.65 | 238.14 |
| | MA State Income Tax | -46.13 | 580.75 |
| | **Other** | | |
| | Curry Union | -7.47 | |
| | Ma Fli Pvt Plan | -1.64 | 18.04 |
| | Ma Mli Pvt Plan | -3.14 | 34.50 |
| | 403B Voya | -89.58* | 985.38 |
| | **Net Pay** | **$1,012.17** | |
| | Check2 | -1,012.17 | |
| | **Net Check** | **$0.00** | |

### Additional Tax Withholding Information

Taxable Marital Status:
   MA:              Single
Exemptions/Allowances:
   MA:              1

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,403.45

© 2000 ADP, Inc.

CURRY COLLEGE
1071 BLUE HILL AVENUE
MILTON, MA 02186

Advice number:
Pay date:        11/01/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| | Xxxxx | xxxx xxxx | $1,012.17 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| MYV | 000831 | 005371 | | 0000480235 | 1 |

# Earnings Statement



*CURRY COLLEGE*
*1071 BLUE HILL AVENUE*
*MILTON, MA 02186*

Period Beginning:    12/01/2024
Period Ending:      12/31/2024
Pay Date:           12/01/2024



Filing Status: Single/Married  filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table,$200 Extra
            Withholding

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 28.13 | 1,493.03 | 17,916.36 | |
| **Gross Pay** | | | **$1,493.03** | 17,916.36 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Ytd Curry Union | | 89.64 |

| Deductions | | this period | year to date |
|------------|---|-------------|--------------|
| **Statutory** | | | |
| Federal Income Tax | | -218.68 | 2,367.01 |
| Social Security Tax | | -92.56 | 1,110.81 |
| Medicare Tax | | -21.65 | 259.79 |
| MA State Income Tax | | -46.13 | 626.88 |
| **Other** | | | |
| Curry Union | | -7.47 | |
| Ma Fli Pvt Plan | | -1.64 | 19.68 |
| Ma Mli Pvt Plan | | -3.14 | 37.64 |
| 403B Voya | | -89.58* | 1,074.96 |
| **Net Pay** | | **$1,012.18** | |
| Check2 | | -1,012.18 | |
| **Net Check** | | **$0.00** | |

### Additional Tax Withholding Information
Taxable Marital Status:
    MA:          Single
Exemptions/Allowances:
    MA:          1

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,403.45

© 2000  ADP, Inc.

CURRY COLLEGE
1071 BLUE HILL AVENUE
MILTON, MA 02186

Advice number:      00000480235
Pay date:           12/01/2024

Deposited to the account of          account number   transit ABA          amount
                                                                           $1,012.18

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| **MYV** | 000831 | 005371 | | 0000010228 | 1 |

# Earnings Statement



*CURRY COLLEGE*
*1071 BLUE HILL AVENUE*
*MILTON, MA 02186*

Period Beginning:    01/01/2025
Period Ending:       01/31/2025
Pay Date:            01/01/2025



Filing Status: Single/Married  filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table,$200 Extra
      Withholding

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 28.13 | 1,493.03 | 1,493.03 | |
| **Gross Pay** | | | **$1,493.03** | 1,493.03 |

| Deductions | | this period | |
|------------|--|-------------|--|
| **Statutory** | | | |
| Federal Income Tax | | -218.68 | 218.68 |
| Social Security Tax | | -92.57 | 92.57 |
| Medicare Tax | | -21.65 | 21.65 |
| MA State Income Tax | | -46.13 | 46.13 |
| **Other** | | | |
| Curry Union | | -7.47 | |
| Ma Fli Pvt Plan | | -1.64 | 1.64 |
| Ma Mli Pvt Plan | | -3.14 | 3.14 |
| 403B Voya | | -89.58* | 89.58 |
| **Net Pay** | | **$1,012.17** | |
| Check2 | | -1,012.17 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Ytd Curry Union | | 7.47 |

## Additional Tax Withholding Information

Taxable Marital Status:
  MA:      Single
Exemptions/Allowances:
  MA:      1

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,403.45

© 2000 ADP, Inc.

CURRY COLLEGE
1071 BLUE HILL AVENUE
MILTON, MA 02186

**Advice number:**     00000010228
Pay date:              01/01/2025

Deposited to the account of



account number     transit ABA          amount
$1,012.17

# NON-NEGOTIABLE

**EXHIBIT 3**



CURRY COLLEGE          MILTON, MASSACHUSETTS 02186          TELEPHONE (617) 333-2364
FAX (617) 979-3535
www.curry.edu

December 6, 2022



I am pleased to offer you a teaching assignment within Curry College's Traditional Programs.  This appointment carries with it all of the rights and responsibilities as described in the current Agreement between Curry College and the AAUP and is subject to all provisions of the Agreement.  The College reserves the right to cancel courses prior to the start of the course. When classes must be canceled for any reason (insufficient enrollment, etc.), every effort will be made to discuss the decision to cancel with the Department or Division Chair and/or Coordinator, prior to the first class. Should the class be canceled after this notification, or after the class has already met, you will be paid a cancellation fee of five percent of the course salary.

| | | | |
|---|---|---|---|
| **Rank:** Lecturer | | **Course:** ███████ | |
| **Title** ██████ | | **Contact Hours:** 3 | |
| **Total Amount:** $ 5,855.00 | **Monthly Amount:** $ 1,463.75 | | |
| **Distribution:** March - June | | | |

*If this course is delivered in a hybrid or fully online format, completion of the Faculty Readiness Process, including the building of the course in Canvas, is required for Faculty who teach Continuing Education courses. Without the proper preparation to teach in this format, this contract may be rescinded.*

Please note that all faculty are required to receive a COVID-19 vaccination prior to the start of classes unless you are approved for a medical or religious waiver.  Additionally, all employees must complete the online Workplace Harassment Prevention Training course within their first 30 days of employment and re-certify every 3 years after.  The Office of Human Resources will be in touch about these requirements.

The 2022-2023 Academic Calendar and Meetings and Events schedule can be found on Faculty portal.  Please note that your Curry College logon will be required to view these documents.

If you accept this appointment, please sign and return this letter to my office as soon as possible. Your signed letter must be returned in order for our office to complete the faculty payroll.  Additionally, please remember to submit your syllabi to Academic Affairs and the Levin Library by the first week of classes.

Sincerely,

*Robert E. Shea Jr.*

Robert J. Shea, Jr.
Interim Provost

**I accept the terms of the appointment:**
_____

Dec 12, 2022
_____
**Date**

**EXHIBIT 4**

# 2022 – 2023 ACADEMIC CALENDAR

**15–week Semester** | *Calendar subject to change due to external factors*

## FALL SEMESTER 2022
### Traditional Undergraduate Students

| | |
|---|---|
| New Student Check-In/Move-In Day | Thurs., August 25 |
| New Student Welcome Weekend | Thurs., Aug. 25 – Sun., Aug. 28 |
| Returning Student Check-In/Move-In Day Residence halls open for returning students | Sun., August 28 |
| Academic Convocation | Mon., August 29 |
| **Classes begin** | **Mon., August 29, 12:30 p.m.** |
| Labor Day, no classes, offices closed* | Mon., September 5 |
| Course Add/Drop deadline | Tues., September 13 |
| Indigenous Peoples' Day, no classes**, Offices closed* | Mon., October 10 |
| Mid-term grades deadline | Wed., October 12 |
| Course selection for Spring 2023 | Mon., Oct. 24 – Fri., Nov. 4 |
| Web Registration for Spring 2023 | Mon., Oct. 31 – Fri., Dec. 2 |
| **Friday class schedule in effect** | **Tues., November 8** |
| Veterans Day observed, no classes** Offices closed* | Fri., November 11 |
| Course withdrawal deadline  Grade/ | Fri., November 18 |
| Pass/Fail declaration deadline | Fri., November 18 |
| Thanksgiving Recess, no classes** Offices* and residence halls close at noon on | Wed., Nov 23 – Sun., Nov. 27 Wed., Nov. 23 |
| Residence halls reopen | Sun., Nov. 27, noon |
| Classes end | Mon., December 12, 10:00 p.m. |
| Final Examinations | Tues., Dec. 13 – Sat. Dec. 17, 10:00 p.m. |
| **Residence halls close** | **Sun., December 18, noon** |
| (Subject to change in the event of snow days; Students must leave res. halls no later than 24 hrs. after last scheduled exam) | |
| Final Exam Snow Day (if needed) | Sun., Dec. 18 |
| Final grade submission deadline | Thurs., December 22, 10:00 p.m. |
| Offices closed* | Sat., December 24 – Mon., Jan. 2 |
| Offices reopen* | Tuesday, Jan. 3 |

## FALL SEMESTER 2022
### CE/GRAD 8-WEEK TERM I & TERM II

| | |
|---|---|
| Term I classes begin | Mon., August 29 |
| Labor Day, no classes, offices closed | Mon., September 5 |
| CE Grade/Pass/Fail declaration deadline | Sat., October 8 |
| Course Withdrawal deadline | Sat., October 8 |
| Term I classes end | Sat., October 22 |
| Term II classes begin | Mon., October 24 |
| Veterans Day, classes held | Friday, November 11 |
| Thanksgiving Recess, no classes Offices close at noon on Wed., Nov. 23 | Thurs., Nov. 24 – Sun., Nov. 27 |
| CE Grade/Pass/Fail declaration deadline | Sat., December 3 |
| Course Withdrawal deadline | Sat., December 3 |
| Term II classes end | Sat., December 17 |

### Winter Intersession 2023

| | |
|---|---|
| Classes held | Wed., January 4 – Sun., January 22 |

## SPRING SEMESTER 2023
### Traditional Undergraduate Students

| | |
|---|---|
| Martin Luther King Day, no classes**, offices closed* | Mon., January 16 |
| Residence halls reopen at 9 a.m. for new students, 10 a.m. for returning students | Sun., January 22 |
| Final Registration/Check-in all students | Sun., January 22 |
| **Classes begin** | **Mon., January 23, 7:00 a.m.** |
| Course Add/Drop deadline | Mon., February 6 |
| Presidents' Day, no classes**, Offices closed* | Mon., February 20 |
| Spring Recess, no classes** Residence halls close 7:00 p.m., Fri., March 10 | Sat., March 11 – Sun., March 19 |
| Residence halls reopen | Sun., March 19, noon |
| Mid-term grade submission deadline | Wed., March 22 |
| Course selection for Fall 2023 | Mon., Apr. 3 – Fri., Apr 14 |
| Web Registration for Fall 2023 | Mon., April 10 – Fri. May 5 |
| **Patriots Day, classes held, offices closed*** | **Mon., April 17** |
| Course withdrawal deadline | Fri., April 28 |
| Grade/Pass/Fail declaration deadline | Fri., April 28 |
| Classes end | Mon., May 8, 10:00 p.m. |
| Final Examinations | Tues., May 9 – Sat., May 13, 10:00 p.m. |
| **Residence halls close** | **Sun., May 14, noon** |
| (Students must leave res. halls no later than 24 hrs. after last scheduled exam) | |
| **Senior grades** due 48 hours after scheduled exam, no later than | Mon., May 15, 10:00 p.m. |
| Final grade submission deadline | Thurs., May 18, 10:00 p.m. |
| School of Nursing Pinning Ceremony | Sat. May 20 |
| Commencement | Sun., May 21 |

## SPRING SEMESTER 2023
### CE/GRAD 8-WEEK TERM III & TERM IV

| | |
|---|---|
| Term III classes begin | Mon., January 23 |
| President's Day, classes held | Mon., February 20 |
| CE Grade/Pass/Fail declaration deadline | Sat., March 4 |
| Course Withdrawal deadline | Sat., March 4 |
| Term III classes end | Sat., March 18 |
| Term IV classes begin | Mon., March 20 |
| Patriots Day, classes held | Mon., April 17 |
| CE Grade/Pass/Fail declaration deadline | Sat., April 29 |
| Course Withdrawal deadline | Sat., April 29 |
| Term IV classes end | Sat., May 13 |

## SUMMER SESSION 2023

| | |
|---|---|
| Summer I classes begin | Mon., May 22 |
| Memorial Day, no classes, offices closed | Mon., May 29 |
| Juneteenth, no classes, offices closed | Mon., June 19 |
| CE Grade/Pass/Fail declaration deadline | Sat., July 1 |
| Course Withdrawal deadline | Sat., July 1 |
| Independence Day, no classes, offices closed | Tues., July 4 |
| Summer I classes end | Sat., July 8 |
| Summer II classes begin | Mon., July 10 |
| CE Grade/Pass/Fail declaration deadline | Sat., Aug. 19 |
| Course Withdrawal deadline | Sat., Aug. 19 |
| Summer II classes end | Sat., Aug. 26 |

* Office staff should check with supervisor.
**CE/Grad accelerated eight-week classes held during this time. Please consult with the Division of Continuing and Graduate Studies for details.

**EXHIBIT 5**



# 2024 – 2025 ACADEMIC CALENDAR
*Calendar subject to change due to external factors*

**FALL SEMESTER 2024**
## Traditional Undergraduate Students

| | |
|---|---|
| New Student Check-In/Move-In Day | Thurs., Aug. 22 |
| New Student Welcome Weekend | Thurs., Aug. 22 - Sun., Aug. 25 |
| Returning Student Check-In/Move-In Day Residence halls open for returning students | Sun., August 25 |
| Academic Convocation | Mon., August 26 |
| **Classes begin** | **Mon., August 26, 12:30 p.m.** |
| Labor Day, no classes, offices closed* | Mon., September 2 |
| Course Add/Drop deadline | Tues., September 10 |
| Indigenous Peoples' Day, no classes**, Offices closed* | Mon., October 14 |
| Mid-term grades deadline | Wed., October 16 |
| Course selection for Spring 2025 | Mon., Oct. 28 – Fri., Nov. 8 |
| Web Registration for Spring 2025 | Mon., Nov., 4 – Fri., Dec. 6 |
| Veterans Day, no classes** | Mon., November 11 |
| Offices closed | |
| **Monday class schedule in effect** | **Tues., November 12** |
| Course withdrawal deadline | Fri., November 15 |
| Grade/Pass/Fail declaration deadline | Fri., November 15 |
| Thanksgiving Recess, no classes** Offices* and residence halls close at noon on Wed., Nov. 27 | Wed., Nov 27 – Sun., Dec. 1 |
| Residence halls reopen | Sun., Dec 1, noon |
| **Classes end** | **Mon., December 9, 10:00 pm** |
| Final Examinations | Tues., Dec. 10 –Sat. Dec. 14, 10:00 p.m. |
| **Residence halls close** | **Sun., December 15, noon** |
| **(Subject to change in the event of snow days; Students must leave res. halls no later than 24 hrs. after last scheduled exam)** | |
| Final Exam Snow Day (if needed) | Sun., Dec. 15 |
| Final grade submission deadline | Thurs., December 19, 10:00 p.m. |
| Offices closed* | Sat., Dec. 21 – Sun., Jan. 5 |
| Offices reopen* | Mon., January 6 |

**FALL SEMESTER 2024**
## CE/GRAD 8-WEEK TERM I & TERM II

| | |
|---|---|
| Term I classes begin | Mon., August 26 |
| Labor Day, no classes, offices closed | Mon., September 2 |
| CE Grade/Pass/Fail declaration deadline | Sat., October 5 |
| Course Withdrawal deadline | Sat., October 5 |
| Indigenous Peoples' Day, classes held | Mon., October 14 |
| Term I classes end | Sat., October 19 |
| Term II classes begin | Mon., October 21 |
| Veterans Day, classes held | Friday, November 11 |
| Thanksgiving Recess, no classes Offices close at noon on Wed., Nov. 27 | Thurs., Nov. 28 – Sun., Dec. 1 |
| CE Grade/Pass/Fail declaration deadline | Sat., November 30 |
| Course Withdrawal deadline | Sat., November 30 |
| Term II classes end | Sat., December 14 |

## Winter Intersession 2025

| | |
|---|---|
| Classes held | Mon., Jan. 6 – Sun., Jan.19 |

**SPRING SEMESTER 2025**
## Traditional Undergraduate Students

| | |
|---|---|
| Residence halls reopen at 9 a.m. for new students, 10 a.m. for returning students | Sun., January 19 |
| Final Registration/Check-in all students | Sun., January 19 |
| Martin Luther King Day, no classes**, offices closed* | Mon., January 20 |
| **Classes begin** | **Tues., January 21, 7:00 a.m.** |
| Course Add/Drop deadline | Tues., February 4 |
| Presidents' Day, no classes**, Offices closed* | Mon., February 17 |
| **Monday class schedule in effect** | **Tues., February 18** |
| Spring Recess, no classes** Residence halls close 7:00 p.m., Fri., March 7 | Sat., March 8 – Sun., March 16 |
| Residence halls reopen | Sun., March 16, noon |
| Mid-term grade submission deadline | Wed., March 19 |
| Course selection for Fall 2025 | Mon., March 31-Fri., Apr 11 |
| Web Registration for Fall 2025 | Mon., April 7 -Fri. May 2 |
| **Patriots Day, classes held, offices closed*** | **Mon., April 21** |
| Course withdrawal deadline | Fri., April 25 |
| Grade/Pass/Fail declaration deadline | Fri., April 25 |
| **Classes end** | **Tues., May 6, 10:00 p.m.** |
| Final Examinations | Wed., May 7 – Mon., May 12, 10:00 p.m. |
| **Residence halls close** | **Tues., May 13, noon** |
| **(Students must leave res. halls no later than 24 hrs. after last scheduled exam)** | |
| **Senior grades** due 48 hours after scheduled exam, no later than | Wed., May 14,, 10:00 p.m. |
| Final grade submission deadline | Sat., May 17, 10:00 p.m. |
| School of Nursing Pinning Ceremony | Sat. May 17 |
| Commencement | Sun., May 18 |

**SPRING SEMESTER 2025**
## CE/GRAD 8-WEEK TERM III & TERM IV

| | |
|---|---|
| Term III classes begin | Tues., January 21 |
| President's Day, classes held | Mon., February 17 |
| CE Grade/Pass/Fail declaration deadline | Sat., March 1 |
| Course Withdrawal deadline | Sat., March 1 |
| Term III classes end | Sat., March 15 |
| Term IV classes begin | Mon., March 17 |
| Patriots Day, classes held | Mon., April 21 |
| CE Grade/Pass/Fail declaration deadline | Sat., April 26 |
| Course Withdrawal deadline | Sat., April 26 |
| Term IV classes end | Mon., May 12 |

## SUMMER SESSION 2025

| | |
|---|---|
| Summer I classes begin | Mon., May 19 |
| Memorial Day, no classes, offices closed | Mon., May 26 |
| Juneteenth, no classes, offices closed | Thurs., June 19 |
| CE Grade/Pass/Fail declaration deadline | Sat., June 28 |
| Course Withdrawal deadline | Sat., June 28 |
| Independence Day, no classes, offices closed | Fri., July 4 |
| Summer I classes end | Sat., July 5 |
| Summer II classes begin | Mon., July 7 |
| CE Grade/Pass/Fail declaration deadline | Sat., Aug. 16 |
| Course Withdrawal deadline | Sat., Aug. 16 |
| Summer II classes end | Sat., Aug. 23 |

* Office staff should check with supervisor.
**CE/Grad accelerated eight-week classes held during this time. Please consult with the Division of Continuing and Graduate Studies for details.