**Exhibit A**

# Exhibit A

RECORDED PORTIONS OF MASSACHUSETTS LEGISLATURE'S
JOINT COMMITTEE ON LABOR AND WORKFORCE
DEVELOPMENT SESSION
APRIL 16, 2025

(Transcript Prepared from Audio File)
Roxanne C. Costigan

**Accurate Court Reporting, 1500 Main Street, Suite 222, Springfield, MA 01115**
(413) 747-1806

```
1        TIMESTAMP 0:29:44 - 0:35:50:
2        REP. McCURTRY:  Continuing with testimony,
3   we're going to call on Mr. Rob McCarron, the
4   president of the AICUM, to testify in House
5   2014.  Mr. McCarron, welcome.
6        MR. McCARRON:  Thank you, chairman.  Thank
7   you, Chair McMurtry, Chair Olivera good to see
8   you.  Good to see you, members of the committee.
9   Thank you for this opportunity.  My name is Rob
10  McCarron.  I'm president of the Association of
11  Independent Colleges and Universities in
12  Massachusetts.  We are 58 private, nonprofit
13  colleges across the Commonwealth.  Health
14  educate 290,000 students and employ nearly
15  100,000 people and we are anchors of local
16  economics and represent a $71 billion impact for
17  the state every year and I'm here to offer my
18  support for House Bill 2164 and Senate Bill
19  1369.  And I want to thank Representative Jeff
20  Roy and Senator Mike Rush for filing these
21  bills.  Both Chair Roy, I mean Representative
22  Roy, and Senator Rush recognize that the
23  legislation is needed to correct an unintended
```

**Accurate Court Reporting, 1500 Main Street, Suite 222, Springfield, MA 01115**
(413) 747-1806

3

1  consequence in the Massachusetts Wage Act and,
2  you know, the Wage Act was enacted to target
3  unscrupulous employers, those who did not pay
4  their employees in full and on time; however,
5  there's been an unintended consequences have
6  resulted from.  Primarily two things.  One is an
7  oversight in the statute for providing
8  exceptions for certain types of employment that
9  historically and reliably have paid employees on
10 basis, and also the SJC, the Supreme Judicial
11 Court's decision in 2022 and Reuter v. City of
12 Malden to apply the automatic trebling of
13 damages to the underlying wages rather to the
14 statutory interest, and these unintended
15 consequences were only revealed recently with
16 the filing of four class action lawsuits against
17 colleges and universities in Massachusetts and
18 House 2164 and Senate 1369 seek to address
19 devastating financial impact to these
20 institutions that would result from these
21 lawsuits.  And again, because of the Supreme
22 Court decision in the Reuter case greatly
23 amplifies the potential damages in a way that

4

1  does not align with the legislative intent of
2  the Statute.  It places hundreds of millions of
3  dollars and even billions of dollars at issue
4  and it's very important to note that all of the
5  employees of the institutions that have been
6  targeted by these class action lawsuits received
7  their full pay and on the regularly scheduled
8  basis.  There are no allegations that an
9  employee was paid less than what they were owed
10 and there are no allegations that any employee
11 was paid later than the established pay
12 structure.  Again, the intent of the Mass Wage
13 Act is to go after those unspecified employers,
14 and there is no allegation of any of that in
15 these cases.  And the financial harm to the
16 institutions is entirely disproportionate to the
17 potential damages suffered by the affected
18 employees and the resulting harm to the
19 institutions would dramatically affect their
20 ability to serve students and employees.  And I
21 also wanted to raise that these lawsuits have
22 been filed and what are, you know,
23 unprecedented, unprecedented uncertainty for

1   colleges and universities. We have seen
2   significant threats to international students
3   and when you think of international students,
4   that's a $4 billion benefit to the Massachusetts
5   economy every year to have those students here
6   on our campuses with the talents and interests
7   that they bring every year. There's also been
8   cuts to research funding; existing contracts
9   have been terminated; and the new awarding of
10  newer grants has been slowed down considerably.
11  That's a huge impact to the Massachusetts
12  economy, $3.5 billion every year. Layer on
13  attacks on DEI, threatening schools to cut off
14  their financial aid funding if they violate a
15  very ambiguous description of DEI threats to
16  increase and expand the endowment tax cut
17  financial aid. It's just the really
18  unprecedented time for higher education
19  generally and when you layer on these lawsuits
20  the impact to these institutions would be
21  significant, severe and it would affect
22  students; it would affect financial aid; it
23  would affect jobs; it would affect research.

1  And both of the bills seek to treat employees of
2  nonprofit colleges and universities in a manner
3  that is consistent with exemptions that exist in
4  the statute and also maintain the critical role
5  of the statute to go after unscrupulous
6  employees and that I would ask for the
7  committee's support for these legislation, both
8  of these bills.
9       REP. McCURTRY: Thank you, Mr. McCarron. I
10 appreciate you being here in person to testify,
11 obviously a very significant and not timely
12 matter. Look, we and the legislature, we try to
13 do the best we can but we don't get it right all
14 the time and occasionally there's an unintended
15 consequence. One of the beauties of the work
16 that we do is have an opportunity to go back
17 and, you know, address these matters. So,
18 really important that you are here. We
19 appreciate that we're hearing about on a daily
20 basis and it's important for you to share the
21 impact that it's going to have on the
22 institution of higher education and others
23 across the Commonwealth. Thank you. Any

7

1  members of the committee have questions for Mr.
2  McCarron.  Senator, thank you, Mr. Chairman.
3  Thank you, Rob, for your testimony.  What are
4  the four institutions that are involved in this
5  class action lawsuit?
6      MR. McCARRON:  Amherst College, Boston
7  University, Harvard University and Currie
8  College.  And I know that they are also actively
9  pursuing via social media other campuses and
10 that's why we're concerned more broadly about
11 the impact could be even worse.  Thank you.  Any
12 questions?  Any questions?  Thank you so much.
13 Thank you very much.
14

**Accurate Court Reporting, 1500 Main Street, Suite 222, Springfield, MA 01115**
(413) 747-1806

8

1         TIMESTAMP 1:19:15 - 1:21:57:
2            REP. McCURTRY:  Thanks for being here.
3    Joining us remotely is the Associate Industries
4    Massachusetts, Mr. Sam Lawson.  Sam, can you
5    hear us?  Through the miracle of technology.
6    That's very incredible things with technology
7    they did just zip a little press of a button and
8    you appear.  So joining us in person from the
9    Associated Industries of Massachusetts is Mr.
10   Sam Lawson.  Thank you, Sam.
11           MR. LAWSON:  Good afternoon, Chairman, Chair
12   Olivera, members of the committee.  My name is
13   Sam Lawson.  I'm the vice president of
14   government affairs, Associated Industries of
15   Massachusetts.  AIM is the largest statewide
16   business association with over 3,400 members and
17   100 different, 50 different sectors of the
18   economy.  We represent some of the largest
19   employers in the state down to some many small
20   and medium sized mainstream businesses or
21   average members about 200 employees.  As the
22   leading voice of the employer community, we
23   often have a strong interest in the members

9

1  before this committee and the interests, the
2  issues that you work on.  Last session we worked
3  with the chairs to develop and eventually pass
4  historic pay transparency legislation.  We
5  believe our collaboration with advocates this
6  committee and the staff can serve as a model for
7  achieving consensus and outcomes that work for
8  everyone.  We look to continue to build on that
9  process this session.  Our members' primary
10 concern this session revolves around the cost of
11 doing business and increasingly unstable
12 regulatory environment at the federal level.  In
13 particular, for this committee we're concerned
14 with one, first and foremost, the structural
15 insolvency of the state's unemployment insurance
16 fund.  We look forward to working with you all
17 to find a solution that works for everyone.
18 Two, the spike in kind of gotcha lawsuits
19 targeted using the Wage Act to target many
20 members for technical violations.  You heard
21 some of the higher ed institutions dealing with
22 that earlier; it's probably in a lot of
23 industries as well.  Three, continue issues with

10

1 the costs and implementation of paid family
2 leave program, and for the state what we're
3 calling the statewide talent crisis.  We have
4 employers of all sizes and shapes that cannot
5 fill the talent that they need despite low and
6 persistently low unemployment, we still have VAC
7 across many sectors in many industries.  I look
8 forward to working with you, all the session and
9 the committee and your staff and I welcome any
10 questions at this time.
11      REP. McCURTRY:  Since you're here, any
12 questions?  We appreciate you showing up in
13 person.
14      MR. LAWSON:  Of course.  Happy to be here
15 and look forward to the collaboration this
16 session.
17      REP. McCURTRY:  Productive measures taken
18 up in past sessions and there's obviously a lot
19 of significant issues, so thank you, Sam.
20
21

**Accurate Court Reporting, 1500 Main Street, Suite 222, Springfield, MA 01115**
(413) 747-1806

1

2

    I, Roxanne C. Costigan, Registered Professional Reporter, do hereby certify that the foregoing testimony prepared from designated portions of audio files furnished by the parties herein is true and accurate to the best of my knowledge and belief.

__7/31/2025____  _____*Roxanne C. Costigan*_____
3     Date                 Roxanne C. Costigan

4

**Accurate Court Reporting, 1500 Main Street, Suite 222, Springfield, MA 01115**
(413) 747-1806

| A | | | | |
|---|---|---|---|---|
| **Ability** - 4:20 | **Boston** - 7:6 | **Continuing** - 2:2 | **Endowment** - 5:16 | **Heard** - 9:20 |
| **Achieving** - 9:7 | **Both** - 2:21, 6:1, 6:7 | **Contracts** - 5:8 | **Entirely** - 4:16 | **Hearing** - 6:19 |
| **Across** - 2:13, 6:23, 10:7 | **Broadly** - 7:10 | **Cost** - 9:10 | **Environment** - 9:12 | **Higher** - 5:18, 6:22, 9:21 |
| **Act** - 3:1, 3:2, 4:13, 9:19 | **Build** - 9:8 | **Costs** - 10:1 | **Established** - 4:11 | **Historic** - 9:4 |
| **Action** - 3:16, 4:6, 7:5 | **Business** - 8:16, 9:11 | **Course** - 10:14 | **Eventually** - 9:3 | **Historically** - 3:9 |
| **Actively** - 7:8 | **Businesses** - 8:20 | **Court** - 3:22 | **Everyone** - 9:8, 9:17 | **House** - 2:4, 2:18, 3:18 |
| **Address** - 3:18, 6:17 | **Button** - 8:7 | **Court's** - 3:11 | **Exceptions** - 3:8 | **Huge** - 5:11 |
| **Advocates** - 9:5 | | **Crisis** - 10:3 | **Exemptions** - 6:3 | **Hundreds** - 4:2 |
| **Affairs** - 8:14 | C | **Critical** - 6:4 | **Expand** - 5:16 | |
| **Affect** - 4:19, 5:21, 5:22, 5:23 | **Call** - 2:3 | **Currie** - 7:7 | | I |
| **Affected** - 4:17 | **Calling** - 10:3 | **Cut** - 5:13, 5:16 | F | **I'm** - 2:10, 2:17, 8:13 |
| **Afternoon** - 8:11 | **Campuses** - 5:6, 7:9 | **Cuts** - 5:8 | **Family** - 10:1 | **Impact** - 2:16, 3:19, 5:11, 5:20, 6:21, 7:11 |
| **Against** - 3:16 | **Can** - 6:13, 8:4, 9:6 | | **Federal** - 9:12 | **Implementation** - 10:1 |
| **AICUM** - 2:4 | **Case** - 3:22 | D | **Filed** - 4:22 | **Important** - 4:4, 6:18, 6:20 |
| **Aid** - 5:14, 5:17, 5:22 | **Cases** - 4:15 | **Daily** - 6:19 | **Filing** - 2:20, 3:16 | **Increase** - 5:16 |
| **AIM** - 8:15 | **Certain** - 3:8 | **Damages** - 3:13, 3:23, 4:17 | **Fill** - 10:5 | **Increasingly** - 9:11 |
| **Align** - 4:1 | **Chair** - 2:7, 2:21, 8:11 | **Dealing** - 9:21 | **Financial** - 3:19, 4:15, 5:14, 5:17, 5:22 | **Incredible** - 8:6 |
| **Allegation** - 4:14 | **Chairman** - 2:6, 7:2, 8:11 | **Decision** - 3:11, 3:22 | **Find** - 9:17 | **Industries** - 8:3, 8:9, 8:14, 9:23, 10:7 |
| **Allegations** - 4:8, 4:10 | **Chairs** - 9:3 | **DEI** - 5:13, 5:15 | **First** - 9:14 | **Insolvency** - 9:15 |
| **Ambiguous** - 5:15 | **City** - 3:11 | **Description** - 5:15 | **Foremost** - 9:14 | **Institution** - 6:22 |
| **Amherst** - 7:6 | **Class** - 3:16, 4:6, 7:5 | **Despite** - 10:5 | **Forward** - 9:16, 10:8, 10:15 | **Institutions** - 3:20, 4:5, 4:16, 4:19, 5:20, 7:4, 9:21 |
| **Amplifies** - 3:23 | **Collaboration** - 9:5, 10:15 | **Devastating** - 3:19 | **Four** - 3:16, 7:4 | |
| **Anchors** - 2:15 | **College** - 7:6, 7:8 | **Develop** - 9:3 | **Full** - 3:4, 4:7 | **Insurance** - 9:15 |
| **Appear** - 8:8 | **Colleges** - 2:11, 2:13, 3:17, 5:1, 6:2 | **Different** - 8:17 | **Fund** - 9:16 | **Intent** - 4:1, 4:12 |
| **Apply** - 3:12 | | **Dispropor-tionate** - 4:16 | **Funding** - 5:8, 5:14 | **Interest** - 3:14, 8:23 |
| **Appreciate** - 6:10, 6:19, 10:12 | **Committee** - 2:8, 7:1, 8:12, 9:1, 9:6, 9:13, 10:9 | **Dollars** - 4:3 | | **Interests** - 5:6, 9:1 |
| **Associate** - 8:3 | **Committee's** - 6:7 | **Don't** - 6:13 | G | **International** - 5:2, 5:3 |
| **Associated** - 8:9, 8:14 | **Commonwealth** - 2:13, 6:23 | **Dramatically** - 4:19 | **Generally** - 5:19 | **Issue** - 4:3 |
| **Association** - 2:10, 8:16 | **Community** - 8:22 | | **Get** - 6:13 | **Issues** - 9:2, 9:23, 10:19 |
| **Attacks** - 5:13 | **Concern** - 9:10 | E | **Go** - 4:13, 6:5, 6:16 | **It's** - 4:4, 5:17, 6:20, 6:21, 9:22 |
| **Automatic** - 3:12 | **Concerned** - 7:10, 9:13 | **Earlier** - 9:22 | **Going** - 2:3, 6:21 | |
| **Average** - 8:21 | **Consensus** - 9:7 | **Economics** - 2:16 | **Good** - 2:7, 2:8, 8:11 | J |
| **Awarding** - 5:9 | **Consequence** - 3:1, 6:15 | **Economy** - 5:5, 5:12, 8:18 | **Gotcha** - 9:18 | **Jeff** - 2:19 |
| | **Consequences** - 3:5, 3:15 | **Ed** - 9:21 | **Government** - 8:14 | **Jobs** - 5:23 |
| B | **Considerably** - 5:10 | **Educate** - 2:14 | **Grants** - 5:10 | **Joining** - 8:3, 8:8 |
| **Back** - 6:16 | **Consistent** - 6:3 | **Education** - 5:18, 6:22 | **Greatly** - 3:22 | **Judicial** - 3:10 |
| **Basis** - 3:10, 4:8, 6:20 | **Continue** - 9:8, 9:23 | **Employ** - 2:14 | | |
| **Beauties** - 6:15 | | **Employee** - 4:9, 4:10 | H | |
| **Benefit** - 5:4 | | **Employees** - 3:4, 3:9, 4:5, 4:18, 4:20, 6:1, 6:6, 8:21 | **Happy** - 10:14 | |
| **Bill** - 2:18 | | **Employer** - 8:22 | **Harm** - 4:15, 4:18 | |
| **Billion** - 2:16, 5:4, 5:12 | | **Employers** - 3:3, 4:13, 8:19, 10:4 | **Harvard** - 7:7 | |
| **Billions** - 4:3 | | **Employment** - 3:8 | **Health** - 2:13 | |
| **Bills** - 2:21, 6:1, 6:8 | | **Enacted** - 3:2 | **Hear** - 8:5 | |

| L | | | | |
|---|---|---|---|---|
| **Largest** - 8:15, 8:18<br>**Later** - 4:11<br>**Lawson** - 8:4, 8:10, 8:11, 8:13, 10:14<br>**Lawsuit** - 7:5<br>**Lawsuits** - 3:16, 3:21, 4:6, 4:21, 5:19, 9:18<br>**Layer** - 5:12, 5:19<br>**Leading** - 8:22<br>**Leave** - 10:2<br>**Legislation** - 2:23, 6:7, 9:4<br>**Legislative** - 4:1<br>**Legislature** - 6:12<br>**Level** - 9:12<br>**Local** - 2:15<br>**Look** - 6:12, 9:8, 9:16, 10:7, 10:15<br>**Lot** - 9:22, 10:18<br>**Low** - 10:5, 10:6<br><br>**M**<br><br>**Mainstream** - 8:20<br>**Maintain** - 6:4<br>**Malden** - 3:12<br>**Many** - 8:19, 9:19, 10:7<br>**Mass** - 4:12<br>**Massachusetts** - 2:12, 3:1, 3:17, 5:4, 5:11, 8:4, 8:9, 8:15<br>**Matters** - 6:17<br>**Mccarron** - 2:3, 2:5, 2:6, 2:10, 6:9, 7:2, 7:6<br>**Mccurtry** - 2:2, 6:9, 8:2, 10:11, 10:17<br>**Mcmurtry** - 2:7<br>**Measures** - 10:17<br>**Media** - 7:9<br>**Medium** - 8:20<br>**Members** - 2:8, 7:1, 8:12, 8:16, 8:21, 8:23, 9:20<br>**Members'** - 9:9<br>**Mike** - 2:20<br>**Millions** - 4:2<br>**Miracle** - 8:5 | **Model** - 9:6<br>**Much** - 7:12, 7:13<br><br>**N**<br><br>**Needed** - 2:23<br>**New** - 5:9<br>**Newer** - 5:10<br>**Nonprofit** - 2:12, 6:2<br>**Note** - 4:4<br><br>**O**<br><br>**Occasionally** - 6:14<br>**Offer** - 2:17<br>**Often** - 8:23<br>**Olivera** - 2:7, 8:12<br>**One** - 3:6, 6:15, 9:14<br>**Outcomes** - 9:7<br>**Oversight** - 3:7<br>**Owed** - 4:9<br><br>**P**<br><br>**Paid** - 3:9, 4:9, 4:11, 10:1<br>**Pass** - 9:3<br>**Past** - 10:18<br>**Pay** - 3:3, 4:7, 4:11, 9:4<br>**People** - 2:15<br>**Persistently** - 10:6<br>**Person** - 6:10, 8:8, 10:13<br>**Places** - 4:2<br>**Potential** - 3:23, 4:17<br>**President** - 2:4, 2:10, 8:13<br>**Press** - 8:7<br>**Private** - 2:12<br>**Productive** - 10:17<br>**Program** - 10:2<br>**Providing** - 3:7<br>**Pursuing** - 7:9<br><br>**R**<br><br>**Raise** - 4:21<br>**Rather** - 3:13<br>**Received** - 4:6<br>**Recently** - 3:15<br>**Recognize** - 2:22 | **Regularly** - 4:7<br>**Regulatory** - 9:12<br>**Reliably** - 3:9<br>**Remotely** - 8:3<br>**REP** - 2:2, 6:9, 8:2, 10:11, 10:17<br>**Representative** - 2:19, 2:21<br>**Research** - 5:8, 5:23<br>**Result** - 3:20<br>**Resulted** - 3:6<br>**Resulting** - 4:18<br>**Reuter** - 3:11, 3:22<br>**Revealed** - 3:15<br>**Revolves** - 9:10<br>**Rob** - 2:3, 2:9, 7:3<br>**Role** - 6:4<br>**Roy** - 2:20, 2:21, 2:22<br>**Rush** - 2:20, 2:22<br><br>**S**<br><br>**Sam** - 8:4, 8:10, 8:13, 10:19<br>**Scheduled** - 4:7<br>**Schools** - 5:13<br>**Sectors** - 8:17, 10:7<br>**See** - 2:7, 2:8<br>**Seek** - 3:18, 6:1<br>**Seen** - 5:1<br>**Senate** - 2:18, 3:18<br>**Senator** - 2:20, 2:22, 7:2<br>**Serve** - 4:20, 9:6<br>**Session** - 9:2, 9:9, 9:10, 10:8, 10:16<br>**Sessions** - 10:18<br>**Severe** - 5:21<br>**Shapes** - 10:4<br>**Share** - 6:20<br>**Showing** - 10:12<br>**Significant** - 5:2, 5:21, 6:11, 10:19<br>**Sized** - 8:20<br>**Sizes** - 10:4<br>**SJC** - 3:10<br>**Slowed** - 5:10<br>**Small** - 8:19<br>**Social** - 7:9 | **Solution** - 9:17<br>**Spike** - 9:18<br>**Staff** - 9:6, 10:9<br>**State** - 2:17, 8:19, 10:2<br>**State's** - 9:15<br>**Statewide** - 8:15, 10:3<br>**Statute** - 3:7, 4:2, 6:4, 6:5<br>**Statutory** - 3:14<br>**Strong** - 8:23<br>**Structural** - 9:14<br>**Structure** - 4:12<br>**Students** - 2:14, 4:20, 5:2, 5:3, 5:5, 5:22<br>**Suffered** - 4:17<br>**Support** - 2:18, 6:7<br>**Supreme** - 3:10, 3:21<br><br>**T**<br><br>**Talent** - 10:3, 10:5<br>**Talents** - 5:6<br>**Target** - 3:2, 9:19<br>**Targeted** - 4:6, 9:19<br>**Tax** - 5:16<br>**Technical** - 9:20<br>**Technology** - 8:5, 8:6<br>**Terminated** - 5:9<br>**Testimony** - 2:2, 7:3<br>**Thanks** - 8:2<br>**That's** - 5:4, 5:11, 7:10, 8:6<br>**There's** - 3:5, 5:7, 6:14, 10:18<br>**These** - 2:20, 3:14, 3:19, 3:20, 4:6, 4:15, 4:21, 5:19, 5:20, 6:7, 6:8, 6:17<br>**Threatening** - 5:13<br>**Threats** - 5:2, 5:15<br>**Three** - 9:23<br>**Time** - 3:4, 5:18, 6:14, 10:10<br>**Timely** - 6:11<br>**TIMESTAMP** - 2:1, 8:1 | **Transparency** - 9:4<br>**Treat** - 6:1<br>**Trebling** - 3:12<br>**Two** - 3:6, 9:18<br>**Types** - 3:8<br><br>**U**<br><br>**Uncertainty** - 4:23<br>**Underlying** - 3:13<br>**Unemployment** - 9:15, 10:6<br>**Unintended** - 2:23, 3:5, 3:14, 6:14<br>**Universities** - 2:11, 3:17, 5:1, 6:2<br>**University** - 7:7<br>**Unprecedented** - 4:23, 5:18<br>**Unscrupulous** - 3:3, 6:5<br>**Unspecified** - 4:13<br>**Unstable** - 9:11<br>**Using** - 9:19<br><br>**V**<br><br>**VAC** - 10:6<br>**Via** - 7:9<br>**Vice** - 8:13<br>**Violate** - 5:14<br>**Violations** - 9:20<br>**Voice** - 8:22<br><br>**W**<br><br>**Wage** - 3:1, 3:2, 4:12, 9:19<br>**Wages** - 3:13<br>**Welcome** - 2:5, 10:9<br>**We're** - 2:3, 6:19, 7:10, 9:13, 10:2<br>**Work** - 6:15, 9:2, 9:7<br>**Worked** - 9:2<br>**Working** - 9:16, 10:8<br>**Works** - 9:17<br>**Worse** - 7:11<br><br>**Y**<br><br>**Year** - 2:17, 5:5, 5:7, 5:12<br>**You're** - 10:11 |

**Z**

**Zip** - 8:7

**$**

**$3.5** - 5:12
**$4** - 5:4
**$71** - 2:16

**0**

**0:29:44** - 2:1
**0:35:50** - 2:1

**1**

**1:19:15** - 8:1
**1:21:57** - 8:1
**100** - 8:17
**100,000** - 2:15
**1369** - 2:19, 3:18

**2**

**200** - 8:21
**2014** - 2:5
**2022** - 3:11
**2164** - 2:18, 3:18
**290,000** - 2:14

**3**

**3,400** - 8:16

**5**

**50** - 8:17
**58** - 2:12